# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

KYLE LAWRENCE STOKKE,

    Plaintiff,

v.

MONTGOMERY COUNTY MEMORIAL HOSPITAL, DAVID EARL ABERCROMBIE, PHYLLIS DRAKE, KASEY MUELLER, KIMBERLY ROBINSON, and KAYLA DYSON,

    Defendants.

CASE NO. 1:19-cv-27

**NOTICE OF REMOVAL**

    Defendants, Montgomery County Memorial Hospital, David Earl Abercrombie, Phyllis Drake, Kasey Mueller, Kim Robinson,[1] and Kala Duysen[2] ("Defendants"), notify the Court that they have removed the above-referenced action from the Iowa District Court in and for Montgomery County, Law No. LACV021946, pursuant to 28 U.S.C. §§ 1331 and 1441. In support of their removal, Defendants state as follows:

    1.    This action is being removed to federal court based upon federal question jurisdiction.

    2.    On or about September 13, 2019, Plaintiff Kyle Lawrence Stokke ("Stokke" or "Plaintiff") served this lawsuit, filed in the Iowa District Court for Montgomery County as Case No. LACV021946, upon Defendants. Therefore, Defendants have timely removed this case.

---

[1] Defendant Kim Robinson's first name is mistakenly listed as "Kimberly" in the Complaint. Kim is her legal first name.

[2] Kala Duysen's name is misspelled in the Complaint.

3. The action is wholly civil in nature, the United States District Court for the Southern District of Iowa, Western Division, has original jurisdiction under 28 U.S.C. § 1331 and the action may be removed by Defendant pursuant to 28 U.S.C. § 1441(a).

4. This Court has federal question jurisdiction over this action because Plaintiff's Petition at Law and Jury Demand seeks relief under the Americans with Disabilities Act, a federal statute, 42 U.S.C. § 12101 *et seq* (the "ADA").

5. Removal is proper because Plaintiff's Petition in the state court action raises a federal question under the ADA and originally could have been brought in this Court under the Court's original jurisdiction pursuant to 28 U.S.C. § 1331.  *See* 28 U.S.C. § 1441(a).

9. Defendants expressly reserve all defenses to Plaintiff's claims, including, but not limited to, all defenses based in law, equity, statute, constitution, jurisdiction, or immunity, any other defense or avoidance, and does not waive any defense by this removal.

10. Attached as Exhibit "A" and incorporated by reference is a true and correct copy of the state court pleadings served upon Defendants and removed by this notice. To Defendants' knowledge, no other pleadings or papers have been served or filed with the Iowa District Court in and for Montgomery County.

11. Attached as Exhibit "B" is a true and correct copy of the Notice of Filing of Notice of Removal which has been served with this document on all parties to be filed with the Iowa District Court in and for Montgomery County.

12. Attached as Exhibit "C" is Defendants' Notice Regarding State Court Matters pursuant to L.R. 81.

13. Defendants state, pursuant to LR 81.1(a)(2), that the matters pending in the state court at this time only include Plaintiff's Petition at Law and Jury Demand (Ex. A).

14. Defendants designate Council Bluffs, Iowa as the place for trial.

WHEREFORE, Defendants remove this action from the Iowa District Court in and for Montgomery County to the United States District Court for the Southern District of Iowa, Western Division.

Dated this 10th day of October, 2019.

       MONTGOMERY COUNTY MEMORIAL HOSPITAL, DAVID EARL ABERCROMBIE, PHYLLIS DRAKE, KASEY MUELLER, KIM ROBINSON, and KALA DUYSEN, Defendants,

By: /s/ Allison D. Balus
    Allison D. Balus (IA# 28312)
    ICIS # AT0010832
of  BAIRD HOLM LLP
    1700 Farnam St, Ste 1500
    Omaha, NE 68102-2068
    Phone: 402-344-0500
    Fax: 402-344-0588
    Email: abalus@bairdholm.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kyle E. Focht – kfochtlaw@gmail.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

       /s/Allison D. Balus